Steven G. Mintz (SM – 5428)
Paul Ostensen (PO - 2251)
470 Park Avenue South
New York, New York 10016
(212) 696-4848

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JEFFREY SHAVITZ,

                      Plaintiff,

  -against-

BGA PHARMA, INC.,

                      Defendant.
---------------------------------------------------------X

<u>NOTICE OF APPEARANCE</u>

Case No.: 07 Cv. 3331

    PLEASE TAKE NOTICE that I, Paul Ostensen, appear in this action for plaintiff Jeffrey Shavitz. I was admitted to practice in this district on August 28, 2001.

Dated: New York, New York
       May 3, 2007

                                  MINTZ & GOLD LLP

                                  Paul Ostensen (PO-2251)
                                  470 Park Avenue South
                                  New York, New York 10016
                                  (212) 696-4848