UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

JEFFREY SHAVITZ,                          :

             Plaintiff,               :

      -against-                           :

BGA PHARMA, INC.,                         :

           Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07

07 Civ. 3331 (MGC) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 10 days hereof if the settlement is not fully effectuated.

SO ORDERED.

DATED:     New York, New York
           August 7, 2007

                             _____
                             **Andrew J. Peck**
                             United States Magistrate Judge

Copies **by fax & ECF** to:    Paul Ostensen, Esq.
                           Steven Glen Mintz, Esq.
                           Gregg I. Shavitz, Esq.
                           Katherine Rosenfeld, Esq.
                           Judge Miriam Goldman Cedarbaum

C:\ORD\Dismiss.AIP



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY SHAVITZ,

    Plaintiff,

    -- against --

                            O7-CIV-3331

BGA PHARMA INC.,
    Defendant.

                            **NOTICE OF SETTLEMENT**

       The parties, by and through their undersigned counsel, hereby advise this Court that they have resolved their claims and are in the process of memorializing the settlement agreement and anticipate filing a stipulation of dismissal with prejudice of these claims within 10 days.  Accordingly, the parties respectfully request the settlement conference scheduled for August 10, 2007 at 10am before Magistrate Judge Andrew J. Peck be cancelled.    To the extent the Court is inclined to dismiss the case at this time, the parties respectfully request the Court permit the matter to be re-opened within 10 business days in the event the parties do not successfully conclude this matter, although it is anticipated that the settlement agreement and settlement funds shall be finalized and paid within one week.

       I hereby certify...

Dated:       August 7, 2007           Respectfully submitted,
City/State:  New York, NY


                              Paul Ostensen
                              (PO-2251)
                              470 Park Avenue South, 10th Floor North
                              NY, NY 10016-6819

Tel: 212-696-4848
Fax: 212-696-1231
Attorneys for Plaintiff, Jeffrey Shavitz

## CERTIFICATE OF SERVICE

I certify that a copy of Plaintiff's First Request For Admissions was served by first class mail on August_____, 2007, on:

Katherine Rosenfeld
(KR 8525)
Emery Celli Brinkerhoff & Abady LLP
75 Rockefeller Plaza
New York, New York 10019
212-763-5000
Attorney for Defendant, BGA Pharma, Inc.

Steven Mintz
(SM 5428)
Mintz & Gold, LLP
470 Park Avenue South, 10th Floor North
New York, New York 10016-6819
212-696-4848
Attorney for Plaintiff, Jeffrey Shavitz

_____
Paul Ostensen (PO-2251)
Attorneys for Plaintiff, Jeffrey Shavitz

2



# SHAVITZ
## LAW GROUP, P.A.

1515 S. Federal Hwy, Suite 404 | Boca Raton, Florida 33432
www.shavitzlaw.com

## FACSIMILE TRANSMITTAL COVER SHEET

TO:                         **Judge Peck**

FAX NO.:                    212-805-7933

IN RE:                      Shavitz v. BGA Pharma, Inc

FROM:                       Gregg I. Shavitz

DATE TRANSMITTED:           August 7, 2007

NUMBER OF PAGES:            _3_ (Including transmittal cover sheet)

Judge Peck,

Please find attached Notice of Settlement

## If you do not receive all of the pages, please call back as soon as possible.

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, collect, and return the original message to us at the above address via the U.S. Postal Service. WE WILL REIMBURSE YOU FOR POSTAGE. Thank you.