UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEFFREY SHAVITZ,                              :    07 Civ.3331 (MGC)
                                              :
                Plaintiff,                    :    ORDER FOR ADMISSION
                                              :    PRO HAC VICE ON
        - against -                           :    WRITTEN MOTION
                                              :
BGA PHARMA, INC.,                             :    ECF CASE
                                              :
                Defendant.                    :
-----------------------------------------------------------X

    Upon the motion of Paul Ostensen, attorney for Jeffrey Shavitz and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED THAT:**

    Gregg I. Shavitz
Shavitz Law Group
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Tel: (561) 447-8888
Fax: (561) 447-8831

is admitted to practice pro hac vice as counsel for Jeffrey Shavitz in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 18, 2007
       New York, New York

S/
_____
Hon. Miriam Goldman Cedarbaum
United States District Judge